UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANI,

               Plaintiff,

-against-

WARNER MUSIC GROUP CORP,

               Defendant.

24-CV-7445 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

      By order dated June 5, 2025, the Court dismissed this action for lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3), and granted Plaintiff 30 days' leave to file an amended complaint to state facts demonstrating that his claims arise under federal law. On June 23, 2025, Plaintiff filed a document titled "Replead." (ECF 7.) The document does not include any facts demonstrating that the Court can exercise federal jurisdiction over Plaintiff's claims. The Court therefore dismisses this action for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      The Clerk of Court is instructed to enter judgment in this action.

SO ORDERED.

Dated:   June 26, 2025
           New York, New York

                                                            /s/ Kimba M. Wood
                                                                KIMBA M. WOOD
                                                            United States District Judge