**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VALMIKI RAMANI,

                            Plaintiff,

      -against-                                     24 **CIVIL** 7445 (KMW)

                                                                     **<u>JUDGMENT</u>**

WARNER MUSIC GROUP CORP.,

                            Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2025, the Court dismissed this action for lack of subject matter jurisdiction, see Fed. R. Civ. P. 12(h)(3), and granted Plaintiff 30 days' leave to file an amended complaint to state facts demonstrating that his claims arise under federal law on June 5, 2025. On June 23, 2025, Plaintiff filed a document titled "Replead." (ECF 7.) The document does not include any facts demonstrating that the Court can exercise federal jurisdiction over Plaintiff's claims. The Court has therefore dismissed this action for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Judgment is hereby entered in this action.

**Dated:**  New York, New York

       July 9, 2025

                                                             **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                      **BY:**      *K. Mango*

                                                             **Deputy Clerk**